UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LORIE A. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-121-B-W |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 11, 2007 his Recommended Decision.  The Plaintiff filed her objections to the Recommended Decision on July 30, 2007 and the Defendant filed his Response to those objections on August 13, 2007.[1]  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.   It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.   It is further ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

---

[1] Defendant contends that Plaintiff's objection was untimely and should be dismissed.  This is incorrect. Plaintiff had ten court days within which to file her objection to the Recommended Decision and the Court continues to add three days for mailing.  Plaintiff's objection would have been due on July 28, 2007; as that date was a Saturday, her objection was due on the following Monday, July 30, 2007.  Plaintiff's objection on July 30, 2007 was therefore timely filed.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2007